AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEITH JAMAL BRIGHAM,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV419-280
(Formerly CR417-208)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 30, 2023 the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Accordingly, the Court dismisses without prejudice Petitioner's motion filed pursuant to 28 U.S.C. § 2255. Further, the Court denies a certificate of appealability. This case stands closed.

03/31/2023
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020